Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED 18 MAY '26 10:48 USDC-ORE

# UNITED STATES DISTRICT COURT

for the

_____ District of Oregon

Eugene Division

)
)    Case No.    TBD  6:26-cv-00981-MC
Blev Blaze Oonahue )    _(to be filled in by the Clerk's Office)_
)
**Plaintiff(s)** )
_(Write the full name of each plaintiff who is filing this complaint._ )    Jury Trial: _(check one)_  ☑Yes  ☐No
_If the names of all the plaintiffs cannot fit in the space above,_ )
_please write "see attached" in the space and attach an additional_ )
_page with the full list of names.)_ )
)
-v- )
Google LLC )
)
Alphabet INC. et al. )
)
**Defendant(s)** )
_(Write the full name of each defendant who is being sued. If the_ )
_names of all the defendants cannot fit in the space above, please_ )
_write "see attached" in the space and attach an additional page_ )
_with the full list of names.)_ )
See attachment

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                    Blev Blaze Donahue
Street Address          834 Monroe St.
City and County         Eugene, Lane County
State and Zip Code      Oregon, 97402
Telephone Number        541-321-5786
E-mail Address          DonahueBlev47@gmail.com

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title _(if known)_.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

*See Attachment titled "Defendant Information Attachment" - will maybe arrive separately, of complaint it's going to take time to compile*

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

*SEE Attachments*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*See Attachment*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* _Bleu Donahue_ , is a citizen of the
State of *(name)* _Oregon_ .

*edits made by Blu Donahue by*

b.    If the plaintiff is a corporation
The plaintiff, *(name)* ~~Attenbery LLC~~ , is incorporated
under the laws of the State of *(name)* ~~Delaware~~ ,
and has its principal place of business in the State of *(name)*
~~California~~ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

*See next page for defendants*

2.    The Defendant(s)

a.    If the defendant is an individual
The defendant, *(name)* ~~_____~~ , is a citizen of
the State of *(name)* _____ . Or is a citizen of
*(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.   If the defendant is a corporation

The defendant, *(name)* _Alphabet INC._ , is incorporated under the laws of the State of *(name)* _Delaware_ , and has its principal place of business in the State of *(name)* _California_ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)* –See Attachments

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

See attachment to complaint

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See complaint Attachment

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See complaint Attachment

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   _5/15/2026_

Signature of Plaintiff   _Bleu Donahue_

Printed Name of Plaintiff   _Bleu Blaze Donahue_

### B.   For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____